## STATE v. CANNON

No. 21A89.

Case below: 92 N.C. App. 246.

Petition by defendant Cannon for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues denied 2 March 1989. Motion by the State to dismiss appeal by defendant Cannon for lack of significant public interest denied 2 March 1989.

Motion by the State to dismiss appeal by defendant Redmon for lack of substantial constitutional question allowed 2 March 1989. Petition by defendant Redmon for discretionary review pursuant to G.S. 7A-31 allowed as to sentencing issue only 2 March 1989.

## STATE v. COLVIN

No. 11P89.

Case below: 92 N.C. App. 152.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 2 March 1989.

## STATE v. DAVIS

No. 100A89.

Case below: 92 N.C. App. 627.

Petition by Attorney General for temporary stay allowed 28 February 1989.

## STATE v. DILLINGHAM

No. 25P89.

Case below: 92 N.C. App. 596.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied and stay dissolved 2 March 1989.